UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

Paul Fass

On behalf of Himself and all
others similarly situated.

      Plaintiff,

      v.                                    Case No. 24-CV-289

Madison Restaurant Group, LLC
Keeler Hospitality Group, LLC

      Defendants.

---

OFFER OF JUDGMENT

---

TO:    Plaintiff Paul Fass
         c/o Attorney Yingtao Ho
         Davey & Goldman
         7609 Elmwood Avenue, Suite 203
         Middleton, Wisconsin  53562-3134
         Attorneys for Plaintiff

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants Madison Restaurant Group, LLC and Keeler Hospitality Group, LLC offer to allow plaintiff Paul Fass to take judgment against defendants in the total amount of eighteen thousand dollars and no cents ($18,000.00).  This offer is inclusive of all statutory damages, actual damages, requests for punitive damages, equitable relief, and class representative incentive awards with no admission of liability. Defendants also offer to allow plaintiff to take judgment, for an additional amount, for all reasonable costs and recoverable attorney's fees accrued to the date this offer is accepted or expires in connection with Case No. 24-CV-289 in the United States District Court for the

Western District of Wisconsin. The intent of this offer is to fully and finally resolve all of plaintiff's claims against the defendants and to end this lawsuit in its entirety and with prejudice.

Pursuant to Rule 68, plaintiff has fourteen (14) days after being served with this offer to provide written notice of accepting it. If the offer is not accepted within the time allowed, it will be considered withdrawn. If the judgment Mr. Fass finally obtains is not more favorable than the unaccepted offer, then, pursuant to Rule 68(d), he must pay the costs incurred after the offer was made.

DATED: December 6, 2024.

BOARDMAN & CLARK LLP
By

*/s/ Sarah A. Zylstra*
Sarah A. Zylstra, SBN 1033159
Storm B. Larson, SBN 1103681
One South Pinckney Street, Suite 410
P.O. Box 927
Madison, Wisconsin 53701-0927
(608) 257-9521
szylstra@boardmanclark.com
slarson@boardmanclark.com
*Attorneys for Defendants*