IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL FASS,
On behalf of himself and others similarly situated,

    Plaintiff,

v.

MADISON RESTAAURANT GROUP, LLC
and KEELER HOSPITALITY GROUP, LLC,

    Defendants.

Case No. 24-cv-289-jdp

AMENDED JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff against defendants Madison Restaurant Group, LLC and Keeler Hospitality Group, LLC in the amount of $29,032.50.

| s/ Deputy Clerk | 12/31/2024 |
| --- | --- |
| Joel Turner, Clerk of Court | Date |